# Exhibit 13

*First Alton Inc.*
*450 Alton Rd No. 1603*
*Miami Beach, FL 33139 USA*

# INVOICE

*Paid 02/06/2015*

Date:              5-27-2015

Invoice Number:    05171501

Due Date:          06/15/15

FROM:   First Alton Inc.              TO:   Ganymede Cayman Limited
        450 Alton Rd #1603                   c/o Genesis Trust & Corporate Services
        Miami Beach, FL 33139 USA            2nd Floor, Midtown Plaza
                                             Elgin Avenue
                                             PO Box 448
                                             Grand Cayman KY1-1106
                                             Cayman Islands

TAX NOT APPLICABLE

| Description   | Total            |
|---------------|------------------|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533