UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10067. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The Balmoral Management LLC 401K Pension Plan ("Balmoral") and John LaChance ("LaChance") hereby stipulate and agree that SKAT's action against Defendants Balmoral and LaChance, captioned *Skatteforvaltningen v. The Balmoral Management LLC 401K Pension Plan, et al.*, No. 18-cv-10067, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
   April 12, 2022

| | |
|---|---|
| By: /s/ Marc A. Weinstein<br> Marc A. Weinstein<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com<br><br>*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | By: /s/ Joseph LoPiccolo<br> Joseph LoPiccolo<br>POULOS LOPICCOLO PC<br>311 West 43rd St., 11th Fl., Ste. 124<br>New York, NY 10036<br>Telephone: (646) 931-0011<br>Fax: (732) 358-0180<br>lopiccolo@pllawfirm.com<br><br>*Counsel for The Balmoral Management LLC 401K Pension Plan and John LaChance* |

SO ORDERED:


_____
  Lewis A. Kaplan
 United States District Judge

102725389_1