Case 1:18-md-02865-LAK Document 780 Filed 04/13/22 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10067.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The Balmoral Management LLC 401K Pension Plan ("Balmoral") and John LaChance ("LaChance") hereby stipulate and agree that SKAT's action against Defendants Balmoral and LaChance, captioned *Skatteforvaltningen v. The Balmoral Management LLC 401K Pension Plan, et al.*, No. 18-cv-10067, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
April 12, 2022

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
   Joseph LoPiccolo
   POULOS LOPICCOLO PC
   311 West 43rd St., 11th Fl., Ste. 124
   New York, NY 10036
   Telephone: (646) 931-0011
   Fax: (732) 358-0180
   lopiccolo@pllawfirm.com

*Counsel for The Balmoral Management LLC
401K Pension Plan and John LaChance*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge  4/13/22

102725389_1